USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NEIL GONZALEZ,

                        Plaintiff,

-against-

METRO-NORTH COMMUTER RAILROAD,
                        Defendant.
-----------------------------------------------------------X

18 CIVIL 10270 (CM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated January 15, 2020, Defendant's motion for summary judgment is GRANTED.

**Dated:** New York, New York
         January 17, 2020

                                                        **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                             **BY:**
                                                        **Deputy Clerk**